Case 1:16-cr-00059-SEB-MJD   Document 60   Filed 02/26/24   Page 1 of 1 PageID #: 397

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Markel Gray | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No: 1:15CR00213-001
USM No: 14500-028

Date of Original Judgment: 06/18/2018
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  46 months  months **is reduced to**  40 months*  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**Count 1: 40 months, concurrent with 40 months on Count 1: Dkt. No. 1:16CR00059, consecutive to 84 months on Count 2 of 1:16CR00059.**

Except as otherwise provided, all provisions of the judgment dated  06/18/2018  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/26/2024

*signature: Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date:
*(if different from order date)*



A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By _Lana Herves_
Deputy Clerk